AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DANIEL JASON SAVAGE<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between 4/14/2015 and 4/18/2015  in the county of _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | knowingly travel into the District of Columbia from the State of Maryland for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. § 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243 (a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy Palchak, Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/20/2015

*Judge's signature*

City and state:  Washington, D.C.       DEBORAH A. ROBINSON, US Magistrate Judge
*Printed name and title*